THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER F. KRAMER, Defendant-Appellant.

(No. 71-191; ▮▮▮▮▮▮▮▮

Second District—June 28, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Frank Wesolowski, Jr., of Wheaton, for appellant.

William V. Hopf, State's Attorney, of Wheaton, (Ralph J. Gust, Jr., Assistant State's Attorney, of counsel,) for the People.